IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL BELL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 03-437 |
| v. | ) | |
| | ) | |
| UNIVERSITY OF PITTSBURGH, | ) | Magistrate Judge Sensenich |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, on this ___2nd___ day of March, 2006, after consideration of the Stipulation of Dismissal, it is hereby ORDERED that the above-captioned case is Dismissed with Prejudice.

_____
ILA JEANNE SENSENICH
U.S. Magistrate Judge